3:21CV1245 (JAM)

SEP 20 2021 PM 12:39
FILED-USDC-CT-HARTFORD

I, Hope T. Norris sue Pratt and Whitney Co. and its parent corporation United Technologies Corp. for one billion dollars. This money was invested in Pratt and Whitney by my great-grandfather Ira Dimock when his manufacturing company sold out to Pratt and Whitney.

In addition I sue for damages equal to the amount of money spent harassing me throughout my life because of this debt.

After completing a biology bachelor of science degree at Brown University I was headed to Dartmouth in New Hampshire to enroll in medical school when I was abducted to North Carolina where I had the apparent choice of enrolling in medical school there or not enrolling in medical school at all. I completed medical school there, but when I planned to stay there for my internship and residency I was abducted to Maine and given a job controlling health care costs rather than my preference of doing primary care.

In a continuation of this reverse entitlement, later in the 1980's I planned to look for work in Silicon Valley, but was abducted from the Washington airport to my cabin in Maine. This incident may also have been related to my developing knowledge of Silicon Valley's subsequent data problems. Tape about me was around enough so that the Silicon Valley people may have known about it.

Also in the 1980's I was set back in time about 7 years. I was also taken to Connecticut Valley Hospital although I have no history of mental illness despite what the CVH records states. That record shows hospitalizations and other psychiatric care during the subsequent 35 years, but this is false. I skipped these 35 years, being put ahead in time.